**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

**Sorin,**

                                      CASE#   07  CV 11619(SCR)

        Vs

                                      **ORDER**

**Killian,**

-----------------------------------------------------------

    It is hereby ordered that submission from the Plaintiff, dated Dec. 28, 2007, of the above mentioned case be placed under seal.

So Ordered: _____   1/15/08
                U.S. District Judge        Date