# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

February 8, 2008

*by hand*
Hon. Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

[Stamp: RECEIVED IN CHAMBERS — MARK D. FOX USMJ SDNY]
[Stamp: U.S. DISTRICT COURT FILED FEB 11 2008 S.D. OF N.Y. W.P.]

Re:   *Sorin v. Killian*
      07 Civ. 11619 (SCR)(MDF)

Dear Judge Fox:

   On December 28, 2007, the petitioner sought an order sealing the memorandum of law (and the motion for sealing) because they made reference to certain private matters. Judge Robinson granted that motion in an order dated January 15, 2008.

   The Court has ordered the government to file in responsive papers today and for the petitioner to file his reply papers on February 13, 2008. Both sets of papers will, by necessity, discuss the confidential matters which were sealed by Judge Robinson's order. Accordingly, this is an application that further submissions in this case, including the government's responsive papers and the petitioner's reply, be filed under seal.

   The government informs me that it takes no position on this application. The government will serve the petitioner with the Respondent's papers today and will send the Court a courtesy copy of those papers but will refrain from filing pending a resolution of this motion.

Very truly yours,

RICHARD D. WILLSTATTER

enclosure
cc:   Lawrence Fogelman, Esq.
      Assistant U.S. Attorney
      *Attorney for Respondent*
      (w/enclosure)

2/11/08   APPLICATION GRANTED WITHOUT OPPOSITION
          So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Sorin,

                                                   CASE#   07 CV 11619(SCR)

       Vs

                                                   **ORDER**

Killian,


------------------------------------------------

It is hereby ordered that submission from the Plaintiff, dated Dec. 28, 2007, of the above mentioned case be placed under seal.

So Ordered: _____[signature]_____   1/15/08
                      U.S. District Judge        Date