# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM SORIN, Reg. No. 74412-053       :
Federal Correctional Institution -
Otisville, New York,                    :

      Petitioner,                      :

      v.                               :

J.M. KILLIAN,                           :     07 Civ. 11619(MDF)
WARDEN, Federal Correctional Institution -
Otisville, New York,                    :

      Respondent.                      :
-----------------------------------------------------------x



**Stipulation and Order**

The parties consent and the Court hereby orders, that the documents attached hereto as exhibits A and B are unsealed. This order does not apply to the respective versions of these documents provided *in camera* to the Court, which contain inmate names and registration numbers.

_____
Lawrence H. Fogelman
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
(212) 637-2719

_____
Richard D. Willstatter
Co-counsel for petitioner
200 Mamaroneck Ave., Ste. 605
White Plains, New York 10605
(914) 948-5656

So ordered:

_____
Hon. Mark D. Fox
United States Magistrate Judge

3·7·08
Dated

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____